

United States District Court
Southern District of Texas
ENTERED
JUN 1 4 2005
Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL NO. L- 04-1912 |
| ENRIQUE VARELA RAMOS | § § § | |

## ORDER

Pending before the Court is Defendant's Motion to Reinstate, filed May 25, 2005 [Doc. No. 21]. Judgment was entered on March 7, 2005 [Doc. No. 20]. Under most circumstances, an appeal must be made within 10 days from the entry of judgment. *See* FED. R. APP. P. 4(b)(1). Therefore, the Defendant's motion is untimely as any sort of motion for direct appeal. In addition, the Defendant filed a Notice of Non-Appeal on March 2, 2005 [Doc. No. 19].

Moreover, Defendant's motion is curious, even approaching the bizarre. Defendant was sentenced to 18 months for the instant offense and 6 months based on the revocation of probation in case No. 5:03-cr-1262. As ordered by the Court, these sentences will run consecutively, with the total time assessed the Defendant as 24 months [*See* Doc. No. 18].

Yet in Defendant's motion he "respectfully request(sic) this honorable Court to...resentence this petitioner to a twenty four months(sic) of imprisonment." [Doc. No. 21, p. 3]. Defendant is petitioning the Court for what he has already received, *viz.*, a sentence of 24 months; moreover, his judgment has long since been final.

For the foregoing reasons, Defendant's Motion to Reinstate is hereby **DENIED**.

IT IS SO ORDERED.

DONE this 10th day of June, 2005.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE

**To Insure Proper Notice, Each Party Who Receives This Order Shall Forward a Copy of it to Every Other Party And Affected Non-party Even Though They May Have Been Sent One by The Court.**

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 597
LAREDO, TEXAS 78042-0597

OFFICIAL BUSINESS

Enrique Varela-Ramos #26182-179
Giles W Dalby Correctional Facility
805 North Ave F
Post TX 79356-9304